Amir Shlesinger (SBN 204132)
ashlesinger@reedsmith.com
Farah Tabibkhoei (SBN 266312)
ftabibkhoei@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant Health Care Service Corporation, A Mutual Legal Reserve Company, doing business in Texas as Blue Cross and Blue Shield of Texas

Frank E. Mayo (SBN 42972)
Law Office of Frank E. Mayo
4962 El Camino Real #104
Los Altos, CA 94022
Telephone: (65) 964-8901
Fax: (650) 964-7293

Attorneys for Plaintiff Jane Tu

**APPROVED**
Judge Edward J. Davila
9/16/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE TU,<br><br>        Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF TEXAS aka BLUE CROSS BLUE SHIELD,<br><br>        Defendant. | Case No. 5:18-cv-07392-EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: December 7, 2018 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Tu and Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Texas as Blue Cross and Blue Shield of Texas ("BCBSTX") hereby file this Stipulation of Voluntary Dismissal of Entire Action With Prejudice. In accordance with Rule 41(a)(1)(A)(ii), this Stipulation is agreed to and signed by counsel for all Parties that have appeared in this action. The Parties intend for the dismissal of the entire action to be with prejudice.

DATED: September 13, 2019        REED SMITH LLP


By: /s/ Amir Shlesinger
Amir Shlesinger
Farah Tabibkhoei
Attorneys for Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Texas as Blue Cross and Blue Shield of Texas

DATED: September 13, 2019        LAW OFFICE OF FRANK E. MAYO


By: /s/ Frank E. Mayo
Frank E. Mayo
Attorneys for Plaintiff Jane Tu

**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**